IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01493-MSK-KLM

J & J SPORTS PRODUCTIONS, INC, a Broadcase Licensee of the March 13, 2010 Pacquaio/Clottey Broadcast,

  Plaintiff,

v.

TERRY L. BAKER, individually and as officer, director, shareholder and/or principal of Marion's Lounge, Inc., d/b/a Marion's Lounge a/k/a Marion's Restaurant & Lounge;
JOE NATHAN KING, individually and as officer, director, shareholder and/or principal of Marion's Lounge, Inc., d/b/a Marion's Lounge a/k/a Marion's Restaurant & Lounge; and
MARION'S LOUNGE, INC., d/b/a Marion's Lounge, a/k/a Marian's Restaurant & Lounge,

  Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

  This matter is before the Court on Plaintiff's **Motion to Appear Via Telephone at Initial Conference** [Docket No. 9; Filed September 27, 2010] (the "Motion"). As a preliminary matter, the caption set forth in Plaintiff's Motion appears to be the caption for Case No. 09-cv-02447-CMA-KLM. That case is closed. Assuming Plaintiff intended to assert its request for the present matter,

  IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time of the Scheduling Conference, Plaintiff shall arrange a conference call with defense counsel and contact the Court at **(303) 335-2770** on a single line to participate. Due to a conflict on the Court's docket,

  IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 19, 2010 at 10:30 a.m. is **vacated** and **RESET** to **November 2, 2010 at 9:30 a.m.** As set forth above, the parties shall participate by telephone.

  IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **October 28, 2010**.

  Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **October 28, 2010**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge

Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. See D.C.COLO.LCivR 83.2(B).

Dated: September 27, 2010